UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DARYL VALINE CAMPBELL, BERNICE         :
ELLZEY, MARY KENNEDY, KAY LEE,         :
CHERYL LIBBERT, CHARLI MANROSS,        :
JOANN PARKS, LINDA PHILLIPS, KATHRYN   :
ROBERTS, EDDIE SANDERS, DAVID          :
SAUNDERS, DONNA SIMPSON, ANITA         :
SKINNER, MARGARET SNELL, WANDA         :
SUTTLE, SARAH TAYLOR, JANICE           :
WASHINGTON, CANDACE WILEY, LORRI       :
YANEZ, CAROL YARMAN,                   :
                                       :
        Plaintiffs.                    :    Civil Action
v.                                     :    No. 04-11289-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
        Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                         Respectfully submitted,
    Boston, Massachusetts

                                              /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                               One Beacon Street
Katherine Armstrong                          Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                        (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                               Counsel for Defendant
                                            Boehringer Ingelheim Pharmaceuticals, Inc.