UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DARYL VALINE CAMPBELL, BERNICE          :
ELLZEY, MARY KENNEDY, KAY LEE,          :
CHERYL LIBBERT, CHARLI MANROSS,         :
JOANN PARKS, LINDA PHILLIPS, KATHRYN    :
ROBERTS, EDDIE SANDERS, DAVID           :
SAUNDERS, DONNA SIMPSON, ANITA          :
SKINNER, MARGARET SNELL, WANDA          :
SUTTLE, SARAH TAYLOR, JANICE            :
WASHINGTON, CANDACE WILEY, LORRI        :
YANEZ, CAROL YARMAN,                    :
                                        :
        Plaintiffs.                     :        Civil Action
v.                                      :        No. 04-11289-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

        Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 30, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.